**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Lavar Anthony Smith, Appellant.

Appellate Case No. 2021-000431

-------------------

Appeal From Marion County
Robert J. Bonds, Circuit Court Judge

-------------------

Unpublished Opinion No. 2023-UP-218
Submitted May 1, 2023 – Filed June 7, 2023

-------------------

**APPEAL DISMISSED**

-------------------

Appellate Defender David Alexander, of Columbia, and
Lavar A. Smith, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Melody Jane Brown,
both of Columbia, for Respondent.

-------------------

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**THOMAS, MCDONALD, and HEWITT, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.